FREDERIC  E.  LYFORD,  Respondent,  *v.*  BYRAM  L. WINTERS, Appellant.

*Lyford* v. *Winters*, 163 App. Div. 720, appeal dismissed.
(Submitted February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 18, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action for libel and slander.

The motion was made upon the ground that the judgment of affirmance was unanimous and that permission to appeal had not been obtained.

*Archibald Howard* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.